Meng Zhong
Nevada Bar No. 12145
Dale Kotchka-Alanes
Nevada Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mzhong@LRRC.com
E-mail: mkotchkaalanes@LRRC.com

*Attorneys for Plaintiff*
*JoshCo Tech, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHCO TECH, LLC, a Nevada limited liability company, | Case No.: **2:20-cv-00657-APG-VCF** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS [ECF NO. 8]** |
| VA Rating Help, Inc., a California corporation; and Robert Jeffrey Johnston, an individual, | |
| Defendants. | **(FIRST REQUEST)** |

Plaintiff JoshCo Tech, LLC and Defendants VA Rating Help, Inc. and Robert Jeffrey Johnston (collectively, "Defendants") hereby stipulate to extend the time for Plaintiff to respond to the Motion to Dismiss (ECF No. 8) to May 26, 2020. Counsel for Plaintiff requested the one week extension to further confer with the client about the Motion and counsel for Defendants consented. There is good cause for the extension.

**IT IS SO AGREED AND STIPULATED:**

DATED this 14th day of May, 2020.                   DATED this 14th day of May, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP                  BORGHESE LEGAL, LTD.

By: /s/ Meng Zhong                                  By: /s/ Mark Borghese
Meng Zhong                                          Mark Borghese
Dale Kotchka-Alanes                                 10161 Park Run Drive, Suite 150
3993 Howard Hughes Parkway, Suite 600               Las Vegas, NV 89145
Las Vegas, NV 89169-5996                            E-mail: mark@borgheselegal.com
E-mail: mzhong@lrrc.com
E-mail: mkotchkaalanes@lrrc.com                     *Attorney for Defendants VA Rating Help, Inc. and Robert Jeffrey Johnston*

*Attorneys for Plaintiff JoshCo Tech, LLC*

1

111232918.1

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED to extend the deadline in which Plaintiff has to file a response to Defendants' Motion to Dismiss for lack of Personal Jurisdiction, or, in the Alternative, For Failure to State a Claim until May 26, 2020.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 14, 2020.

2

111232918.1